IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:08CV928 ) |
| SUMMIX, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 20, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment [Doc. 63] is granted in part and denied in part in that the Court enters summary judgment for Defendant on Plaintiff's claim for "Violation of the North Carolina Trade Secrets Protection Act N.C.G.S. 66-153" [Doc. 51, ¶¶ 22-31] but not on Plaintiff's claims for "Breach of Contract and Warranty of Merchantability - Developer Rollers" [id. ¶¶ 16-21] and "Breach of Contract

and Warranty of Merchantability - PCRs" [id. ¶¶ 10-15] or on Defendant's counterclaim for breach of contract.

                                                                                         _____
                                                                                          United States District Judge

Date: May 14, 2012